FILED
10/25/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

Marion Lee Young I

v.

(Full name of defendant(s))

Doug Vantline
Capt M. Kolhouse
Jail staff, ect

Case Number:

2:23-cv-00502-JMS-MG

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of __Indiana__, and is located at
    (State)
    __2375 S. Old Decker Rd Vincennes In. 47591__
    (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.  Defendant __Doug Vantline Capt M. Kolhouse Jail staff.__
                                                                    (Name)

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at ___Don't Know___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___2375 South Old Decker Rd Vincennes In. 47591___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

___Doug Vantline, Capt M Kolhouse and jail staff Not haveing right regarding my punishment in Segregation Procedural Due Process Right Regarding Punishment and Segregation. I was put in Segregation without a proper hearing 8-30-2023. I was in a Medical cell and was rush on in my locked room. As I was in their for medical Then was___

punished with out an investigation and a farr trail by the jail. I put in request and grievances and on this computer they dont have it were you can appeal. I got case in the District Court on this jail I hookins the individual and office capacities Bath damages and Injunctive relief. or Monell claim

C.     JURISDICTION

       [✓]   I am suing for a violation of federal law under 28 U.S.C. § 1331.
                                              OR

       [ ]   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want Both damages and injuctive relief

Complaint - 4

E.  **JURY DEMAND**

☐ Jury Demand - I want a jury to hear my case
OR

☒ Court Trial – I want a judge to hear my case

Dated this ___6___ day of ___Oct___ 20_23_.

Respectfully Submitted,

_Marvin L Yancy_
Signature of Plaintiff

_260003080 1_
Plaintiff's Prisoner ID Number

_2375. South Old Decker Rd_
_Vincennes In. 47591_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_Marvin L Yancy_
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

## FILING FEE

☑ **I DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ **I DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.