UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARION LEE YOUNG, I, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00502-JMS-MG |
| DOUG VANTLINE, KOLHOUSE, JAIL STAFF, | ) ) ) ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

The Court now enters **FINAL JUDGMENT**. The action is dismissed for failure to state a claim upon which relief may be granted.

Date: 5/29/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A. G. Sharpe, Clerk
United States District Court

_____
By:  Deputy Clerk

Distribution:

MARION LEE YOUNG, I
2000030801
KNOX COUNTY JAIL
2375 S. Old Decker Rd.
Vincennes, IN 47591